**\*e-filed 6/1/07\***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JIN ZHOU, | Case Number C 07-00234 RS |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

On January 17, 2007, the court entered an order to show cause why plaintiff Jin Zhou,
should not be granted the relief he requested.  Defendant's response asserts that the Court lacks
subject matter jurisdiction over this matter and requests dismissal, albeit not in a formal motion
to dismiss.   Defendants' jurisdictional arguments appear to have been rejected by every court in
this district that has considered them, and this Court sees no basis to deviate from the considered
analysis in those decisions.  See, e.g., *Chen v. Chertoff*, C-06-07927 RMW, Order Denying
Motion to Dismiss filed April 18, 2007 (Docket No. 18); *Gelfer v. Chertoff*, 2007 WL 902382,
\*1 (N.D. Cal. Mar. 22, 2007); *Aboushaban v. Mueller*,  2006 WL 3041086, \* 2 (N.D. Cal. Oct.

24, 2007).  Accordingly, the Court will not invite defendants to make a motion to dismiss.  It appears, however, that the issues raised in the complaint likely are amenable to resolution on summary judgment.  The parties are directed, therefore, to file cross-motions for summary judgment as promptly as practicable.


IT IS SO ORDERED.


Dated: June 1, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

Case No. C 07-00234 RS
ORDER

1    **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3    Edward A. Olsen    edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

4    **AND A COPY OF THIS ORDER WAS MAILED TO:**

5    Jin Zhou
     20323 Silverado Avenue
6    Cupertino, CA 95014

7
     Dated: June 1, 2007
8

9
                                    /s/ BAK_____
10                                  Chambers of Magistrate Judge Richard Seeborg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3