| | |
|---|---|
| SCOTT N. SCHOOLS, SC SBN 9990 | |
| United States Attorney | *E-FILED 6/22/07* |
| JOANN M. SWANSON, CSBN 88143 | |
| Assistant United States Attorney | |
| Chief, Civil Division | |
| EDWARD OLSEN, CSBN 214150 | |
| Assistant United States Attorney | |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN ZHOU, ) | |
| ) | |
| Plaintiff, ) | No. C 07-0234 RS |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | **STIPULATION TO A BRIEFING** |
| Department of Homeland Security; ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director of ) | |
| U.S. Citizenship and Immigration Services; ) | |
| ROBERT S. MUELLER, III ) | |
| Director of Federal Bureau of Investigation, ) | |
| DONALD NEUFELD, Director of the ) | |
| California Service Center, U.S. Citizenship ) | |
| and Immigration Services, ) | |
| ) | |
| Defendants. ) | |

The plaintiff, proceeding pro se, and defendants, by and through their attorneys of record, hereby stipulate to the following briefing schedule on the parties' cross-motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | On File |
| Defendants' Opposition/Cross-Motion for Summary Judgment: | June 29, 2007 |
| Plaintiff's Reply/Opposition to Cross-Motion: | July 13, 2007 |
| Defendants' Reply: | July 27, 2007 |
| Hearing: | Aug. 22, 2007, 9:30 a.m. |

STIPULATION TO A BRIEFING SCHEDULE AND PROPOSED ORDER
C07-0234 RS                                1

1
2
3  Dated: June 20, 2007                    Respectfully submitted,
4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5
6                                                   /s/
                                           EDWARD A. OLSEN
7                                          Assistant United States Attorney
                                           Attorneys for Defendants
8
9
   Dated: June 20, 2007                            /s/
10                                         JIN ZHOU
11
12                                         **ORDER**
13
14     Pursuant to stipulation, IT IS SO ORDERED.
15
16  Date:  June 22, 2007                   _____
                                           RICHARD SEEBORG
17                                         United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO A BRIEFING SCHEDULE AND PROPOSED ORDER
C07-0234 RS                                2