SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

*E-FILED 8/22/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN ZHOU,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III Director of Federal Bureau of Investigation,<br>DONALD NEUFELD, Director of the California Service Center, U.S. Citizenship and Immigration Services,<br><br>            Defendants. | No. C 07-0234 RS<br><br>**STIPULATION TO VACATE HEARING ON THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT and [PROPOSED] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed a complaint on or about January 12, 2007, seeking an order directing the United States Citizenship and Immigration Services ("USCIS") to adjudicate his adjustment of status application.

    2. The parties have filed cross-motions for summary judgment and the hearing is scheduled for August 22, 2007.

Stipulation to Vacate Hearing
C07-0234 RS                                           1

3. On August 20, 2007, the USCIS granted plaintiff's application.

4. Plaintiff intends to dismiss his complaint upon receipt of his alien registration card which the parties believe will occur within a matter of weeks.

In light of the foregoing, the parties respectfully request the Court to vacate the hearing on the parties' cross motions for summary judgment scheduled for August 22, 2007.

Date: August 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: August 20, 2007

JIN ZHOU
*Pro se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 21, 2007

RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Vacate Hearing
C07-0234 RS                                                 2