```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JIN ZHOU, | ) |
| | ) No. C 07-0234 RS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS; AND** |
| MICHAEL CHERTOFF, Secretary of the | ) [~~PROPOSED~~] **ORDER** |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of | ) |
| U.S. Citizenship and Immigration Services; | ) |
| ROBERT S. MUELLER, III | ) |
| Director of Federal Bureau of Investigation, | ) |
| DONALD NEUFELD, Director of the | ) |
| California Service Center, U.S. Citizenship | ) |
| and Immigration Services, | ) |
| | ) |
| Defendants. | ) |

   Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0234 RS                                         1

| | | |
|---|---|---|
| 1 | Date: September 4, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 7 | | |
| 8 | Date: September 3, 2007 | |
| 9 | | JIN ZHOU<br>*Pro se* |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 13, 2007

RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-0234 RS                              2